UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUDBURY PUBLIC SCHOOLS,<br><br>        Plaintiff,<br><br>        v.<br><br>MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION, BUREAU OF SPECIAL EDUCATION APPEALS, and STUDENT, by and through his mother, SUSAN DOE,<br><br>        Defendants. | Civil Action No. 10-cv-10988 |

## **LOCAL RULE 16.1(d)(3) CERTIFICATE**

Pursuant to Local Rule 16.1(d)(3), Defendant Massachusetts Department of Elementary and Secondary Education, Bureau of Special Education Appeals ("BSEA")[1] and its counsel hereby certify that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation; and

    (b)    to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: August 11, 2010                                Respectfully submitted,

---

[1] Effective July 1, 2010, BSEA is no longer a part of the Department of Elementary and Secondary Education, but rather is a subdivision of the Division of Administrative Law Appeals. See M.G.L. c. 71B, § 2A.

        MARTHA COAKLEY
        ATTORNEY GENERAL
        *Attorney for BSEA*

        /s/ Tori T. Kim_____
        Tori T. Kim, BBO #651721
        Assistant Attorney General
        Office of the Attorney General
        One Ashburton Place
        Boston, MA 02108-1698
        Tel:  (617) 727-2200, ext. 2022
        Email:  tori.kim@state.ma.us


        MASSACHUSETTS
        BUREAU OF SPECIAL
        EDUCATION APPEALS

        /s/ Reece P. Erlichman_____
        Reece P. Erlichman, Director
        75 Pleasant Street
        Malden, MA  02148
        Tel:  (781) 338-3400


## **CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on today's date.


          /s/ Tori T. Kim_____
            Tori T. Kim