

# Carroll School

Business Office
25 Baker Bridge Road
Lincoln, MA 01773-3199
(781) 259-8342

# Statement

| Date |
|---|
| 11/18/2010 |

| Student Name |
|---|
| Matthew Bailey, II |

| To: |
|---|
| Mr. & Mrs. Matthew Bailey<br>9 Lillian Ave<br>Sudbury, MA 01776 |

| Amount Due | $18,765.00 |
|---|---|
| Amount Enc. | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| | | | 1,983.36 |
| 02/28/2010 | Balance forward *2009-2010* | -650.00 | 1,333.36 |
| 03/10/2010 | PMT #6596. | -3,755.00 | -2,421.64 |
| 03/10/2010 | PMT #3597. | -1,333.36 | -3,755.00 |
| 03/11/2010 | PMT #TMS. | 3,755.00 | 0.00 |
| 03/23/2010 | INV #3044.<br>--- Enrollment Deposit $3,755.00 | 33,800.00 | 33,800.00 |
| 07/01/2010 | INV #3285.<br>--- Tuition for 2010-11 TMS Plan $33,800.00 | -15,035.00 | 18,765.00 |
| 07/30/2010 | CREDMEM #3630.<br>--- Financial Aid for Winter School $-15,035.00 | | |

**Balance Due**
**December 1, 2010**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 18,765.00 | $18,765.00 |

Please make check payable to The Carroll School.

Federal I.D. # 04-2145258